CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

LYNNE M. MURPHY (LA 20465; DC 485928)
WILLIAM E. FARRIOR (OK 22137)
Trial Attorneys
   United States Department of Justice, Tax Division
   P.O. Box 14198, Ben Franklin Station
   Washington, D.C.  20044
   Telephone:  (202) 514-5881 (LMM)
                (202) 616-1908 (WEF)
   Facsimile:  (202) 514-9868
   E-mail:      Lynne.M.Murphy@usdoj.gov
                  William.E.Farrior@usdoj.gov

*Of Counsel*:

BRIAN STRETCH
United States Attorney
THOMAS MOORE (ALBN4305 O78T)
Assistant United States Attorney
Chief, Tax Division
   11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:  (415) 436-7017
   E-mail:      Tom.Moore@usdoj.gov

*Attorneys for the Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:16-cv-03436-NC |
| Plaintiff, | ) |
| | ) ***EX PARTE* UNOPPOSED MOTION** |
| v. | ) **TO STAY PROCEEDINGS** |
| | ) |
| ASHVIN DESAI, | ) |
| | ) |
| Defendant. | ) |

1

*EX PARTE* UNOPPOSED MOTION TO STAY PROCEEDINGS

Pursuant to Civil L.R. 7-10 and 7-11, the plaintiff, United States of America, through its undersigned counsel, respectfully moves this Court to order a stay of these proceedings up to and including November 15, 2016 so that the parties may have adequate time to effectuate their settlement of the above-captioned action.

*By e-mail dated August 31, 2016, the undersigned counsel provided defendant's counsel, Charles M. Ruchelman, Esq. and Mark E. Matthews, Esq., with a draft copy of this motion. In response, Mr. Ruchelman advised that the defendant does not oppose the granting of this motion. Because the defendant has not entered an appearance in this action, the United States is filing this motion ex parte and without a stipulation under Civil L.R. 7-12.*

In support of this motion, the United States states the following. On June 20, 2016, the United States filed this complaint (*see* Doc. 1) against the defendant, Ashvin Desai ("Desai"), to recover unpaid civil penalties assessed against him, for his willful failure to report his interest in certain foreign bank accounts, as required by 31 U.S.C. § 5314 and its implementing regulations, for the calendar years 2007, 2008 and 2009, plus interest, failure to pay penalties and additional amounts, such as administrative costs, that have accrued and continue to accrue, as provided by law, from the date of assessment until paid.[1] By letter dated June 27, 2016, Desai submitted an offer to settle and compromise this case. By letter dated August 30, 2016, the United States, by and through Ann Reid, Chief, Office of Review, advised Desai's counsel that his offer in compromise was accepted on behalf of the Attorney General of the United States.

---

[1] On August 9, 2016, the United States, through its undersigned counsel, sent Desai and his counsel a Notice of Lawsuit and Request To Waive Service of a Summons, including enclosures. See Doc. 3. Desai's response to our request for waiver of service of a summons is not due before September 8, 2016.

2
*EX PARTE* UNOPPOSED MOTION TO STAY PROCEEDINGS

In accordance with the terms of the parties' settlement, Desai must pay a sum certain in two installments. Desai must pay the first installment on or before September 9, 2016, and the second installment by November 1, 2016. Based on the above terms, the parties need additional time to effectuate their settlement. If the United States receives all payments from Desai by the dates set forth, above, it will voluntarily dismiss its complaint with prejudice, with the parties to bear their own costs and expenses, including any attorneys' fees.

In view of the above, the United States respectfully requests that the Court order a stay of these proceedings up to and including November 15, 2016 so that the parties may have adequate time to determine if they can resolve this matter without the necessity of any further involvement by this Court. The United States believes that the granting of this motion is in the best interests of the parties and the Court, as it could potentially conserve judicial resources and allow the parties to avoid expending significant time and costs to litigate this matter.

For the reasons described, above, and in the interests of judicial economy, the United States respectfully requests that the Court order a stay of these proceedings up to and including November 15, 2016. A proposed order is attached hereto and will be sent, via e-mail, to the Magistrate Judge's Chambers and Desai's counsel.

Respectfully submitted this 1st day of September, 2016.

        CAROLINE D. CIRAOLO
        Principal Deputy Assistant Attorney General

        /s/ Lynne M. Murphy
        LYNNE M. MURPHY (LA 20465; DC 485928)
        WILLIAM E. FARRIOR (OK 22137)
        Trial Attorneys, Tax Division
        United States Department of Justice
        P.O. Box 14198
        Ben Franklin Station
        Washington, D.C.  20044

*EX PARTE* UNOPPOSED MOTION TO STAY PROCEEDINGS

Telephone:  (202) 514-5881 (LMM)
                      (202) 616-1908 (WEF)
Facsimile:   (202) 514-9868
E-mail:        Lynne.M.Murphy@usdoj.gov
                      William.E.Farrior@usdoj.gov

OF COUNSEL:

BRIAN STRETCH
United States Attorney

THOMAS MOORE (ALBN4305 O78T)
Assistant United States Attorney
Chief, Tax Division
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-7017
E-mail:        Tom.Moore@usdoj.gov

*EX PARTE* UNOPPOSED MOTION TO STAY PROCEEDINGS