UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:16-cv-03436-NC |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ASHVIN DESAI, ) | |
| ) | |
| Defendant. ) | |

    Upon consideration of the plaintiff's *Ex parte* Unopposed Motion To Stay Proceedings and for good cause shown, IT IS ORDERED and ADJUGED that the motion is GRANTED.

    IT IS FURTHER ORDERED and ADJUDGED that the proceedings in the above-captioned action are stayed up to and including November 15, 2016 so that the parties may have adequate time to effectuate their settlement.

    DONE and ORDERED on this   1st   day of   September  , 2016.



_____
Nathanael M. Cousins
U.S. Magistrate Judge

GRANTED
Judge Nathanael M. Cousins