CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

LYNNE M. MURPHY (LA 20465; DC 485928)
WILLIAM E. FARRIOR (OK 22137)
Trial Attorneys
   United States Department of Justice, Tax Division
   P.O. Box 14198, Ben Franklin Station
   Washington, D.C.  20044
   Telephone:  (202) 514-5881 (LMM)
                 (202) 616-1908 (WEF)
   Facsimile:  (202) 514-9868
   E-mail:       Lynne.M.Murphy@usdoj.gov
                   William.E.Farrior@usdoj.gov

*Of Counsel*:

BRIAN STRETCH
United States Attorney
THOMAS MOORE (ALBN4305 O78T)
Assistant United States Attorney
Chief, Tax Division
   11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:  (415) 436-7017
   E-mail:       Tom.Moore@usdoj.gov

*Attorneys for the Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | |
|                                 ) | Case No. 5:16-cv-03436-NC |
|        Plaintiff,          ) | |
|                                 ) | ***NOTICE OF VOLUNTARY*** |
|    v.                           ) | ***DISMISSAL OF COMPLAINT*** |
|                                 ) | |
| ASHVIN DESAI,                    ) | |
|                                 ) | |
|        Defendant.          ) | |

1
NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, voluntarily dismisses its Complaint filed against the defendant, Ashvin Desai, in the above-captioned action with prejudice.

Respectfully submitted this 9th day of November, 2016.

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

/s/ Lynne M. Murphy
LYNNE M. MURPHY (LA 20465; DC 485928)
WILLIAM E. FARRIOR (OK 22137)
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044

Telephone:  (202) 514-5881 (LMM)
            (202) 616-1908 (WEF)
Facsimile:  (202) 514-9868
E-mail:     Lynne.M.Murphy@usdoj.gov
            William.E.Farrior@usdoj.gov

OF COUNSEL:

BRIAN STRETCH
United States Attorney

THOMAS MOORE (ALBN4305 O78T)
Assistant United States Attorney
Chief, Tax Division
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:  (415) 436-7017
E-mail:     Tom.Moore@usdoj.gov

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT